```
                                    The Honorable Robert S. Lasnik and
                                    The Honorable Ricardo S. Martinez
```

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 16 2018   CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD FAHD and<br>GHULAM JIWANI,<br><br>Defendants. | No. CR17-0290RSL<br><br>NOTICE OF RELATED CASES<br><br>**(FILED UNDER SEAL)** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYRA EVANS,<br><br>Defendant. | No. CR18-0251RSM<br><br>NOTICE OF RELATED CASES<br><br>**(FILED UNDER SEAL)** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVAUGHN WOODS,<br><br>Defendant. | No. CR18-0254RSL<br><br>NOTICE OF RELATED CASES<br><br>**(FILED UNDER SEAL)** |

NOTICE OF RELATED CASES/FAHD, EVANS, WOODS & SAPATIN
(Nos. CR17-0290RSL & CR18-251RSM, CR18-0254RSL & CR18-0255RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | No. CR18-0255RSL |
| 2 | Plaintiff, | NOTICE OF RELATED CASES |
| 3 | v. |   |
| 4 | MARC SAPATIN, | **(FILED UNDER SEAL)** |
| 5 | Defendant. |   |

Comes now the United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, Andrew C. Friedman and Francis Franze-Nakamura, Assistant United States Attorneys for said District, and, Anthony Teelucksingh, Trial Attorney with the Computer Crime & Intellectual Property Section of the United.States Department of Justice, and files this Notice of Related Cases, pursuant to Local Rule CrR 13(b).

The four cases listed in the caption are related cases and involve common questions of law and fact. *United States v. Muhammad Fahd & Ghulam Jiwani*, No. CR17-0290RSL, charges Muhammad Fahd and Ghulam Jiwani with orchestrating a scheme in which they paid more than $1,000,000 in bribes to AT&T Mobility LLC ("AT&T") employees, including Kyra Evans, DeVaughn Woods, and Marc Sapatin, to unlock more than 2,000,000 cellular telephones, including by installing malware on AT&T's computer systems to unlock the telephones. (Unlocking cellular telephones permits the cellular telephones to be used on any telephone network. Customers whose cellphones are unlocked may switch cellular telephone carriers, and could stop making payments they agreed to make when they purchased their cellphones under (1) installment plans, or (2) service plans that subsidized the cost of the purchase of the cellphones.)

The bribed (and now former) AT&T employees, that is, Evans, Woods, and Sapatin, are cooperating with the Government. Each has pled guilty to an information and each has entered into a cooperation agreement with the Government. Each is expected to testify at trial against Fahd, who has been arrested in Hong Kong, and who is

NOTICE OF RELATED CASES/FAHD, EVANS, WOODS & SAPATIN
(Nos. CR17-0290RSL & CR18-251RSM, CR18-0254RSL & CR18-0255RSL) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  pending extradition, in the event that Fahd chooses to go to trial.[1]  The cases of two
2  cooperators – Woods and Sapatin – have been assigned to Judge Lasnik, who also was
3  assigned the earliest filed of these related cases, the case against Fahd and Jiwani.  *See*
4  *United States v. DeVaughn Woods,* No. CR18-0254RSL and *United States v Marc*
5  *Sapatin*, No. CR18-0255RSL.  The case of the third cooperating witness – Kyra Evans –
6  is the only case that has fallen to another judge and was assigned to Judge Martinez.  *See*
7  *United States v. Kyra Evans*, No. CR18-0251RSM.  Because all of these cases involve
8  common questions of law and fact, the Government believes there may be good reason
9  for these cases to be assigned to a common judge, pursuant to Local Rule CrR 13(a).
10      DATED:  this 16th day of November, 2018.

            Respectfully submitted,

            ANNETTE L. HAYES
            United States Attorney


            /s/ *Andrew C. Friedman*
            ANDREW C. FRIEDMAN
            FRANCIS FRANZE- NAKAMURA
            Assistant United States Attorneys

            700 Stewart Street, Suite 5220
            Seattle, Washington  98101-1271
            Telephone:   (206) 553-0755
            Fax:         (206) 553-0882
            E-mail:      Andrew.Friedman@usdoj.gov
                         Francis.Franze-Nakamura@usdoj.gov

---

[1] Fahd's co-defendant, Jiwani, also was arrested in Hong Kong.  Jiwani waived extradition but passed away while still in Hong Kong custody.

NOTICE OF RELATED CASES/FAHD, EVANS, WOODS & SAPATIN
(Nos. CR17-0290RSL & CR18-251RSM, CR18-0254RSL & CR18-0255RSL) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

/s/ *Anthony Teelucksingh*
ANTHONY TEELUCKSINGH
Trial Attorney

1301 New York Avenue, N.W.
Computer Crime & Intellectual Property Section
United States Department of Justice
Washington, DC 20530
Telephone:   (202) 353-4779
E-mail:       Anthony.Teelucksingh@usdoj.gov

NOTICE OF RELATED CASES/FAHD, EVANS, WOODS & SAPATIN
(Nos. CR17-0290RSL & CR18-251RSM, CR18-0254RSL & CR18-0255RSL) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970