The Honorable Robert S. Lasnik

```
____FILED      ____ENTERED
____LODGED     ____RECEIVED

      NOV 16 2018  GT

          AT SEATTLE
   CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                          DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GHULAM JIWANI,<br><br>　　　　Defendant. | No. CR17-0290RSL<br><br>MOTION TO DISMISS |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Western District of Washington hereby requests dismissal of the charges against Defendant Ghulam Jiwani.

//
//
//

MOTION TO DISMISS/JIWANI (No. CR17-0290RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Following the filing of charges against him, Jiwani was arrested in Hong Kong. Jiwani waived extradition, but died prior to being transferred to United States custody. As a result, the charges against Jiwani should be dismissed.

DATED: this 16th day of November, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ *Andrew C. Friedman*
ANDREW C. FRIEDMAN
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorneys

700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:   (206) 553-0755
Fax:              (206) 553-0882
E-mail:         Andrew.Friedman@usdoj.gov
                     Francis.Franze-Nakamura@usdoj.gov

/s/ *Anthony Teelucksingh*
ANTHONY TEELUCKSINGH
Trial Attorney

1301 New York Avenue, N.W.
Computer Crime & Intellectual Property Section
United States Department of Justice
Washington, DC 20530
Telephone:   (202) 353-4779
E-mail:         Anthony.Teelucksingh@usdoj.gov

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GHULAM JIWANI,<br><br>Defendant. | No. CR17-0290RSL<br><br>(PROPOSED) ORDER |

The Court having considered the Government's Motion to Dismiss, leave of the Court is granted to dismiss the charges against Ghulam Jiwani, and the charges against Jiwani (but <u>not</u> his codefendant) are hereby DISMISSED without prejudice.

DATED: this _____ day of November, 2018.

                                                           _____
                                                           ROBERT S. LASNIK
                                                           United States District Judge

Presented by:

/s/ *Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney