The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GHULAM JIWANI,<br><br>Defendant. | No. CR17-0290RSL<br><br>(PROPOSED)<br>ORDER |

The Court having considered the Government's Motion to Dismiss, leave of the Court is granted to dismiss the charges against Ghulam Jiwani, and the charges against Jiwani (but not his codefendant) are hereby DISMISSED without prejudice.

DATED: this 20th day of November, 2018.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

/s/ *Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

ORDER/JIWANI (No. CR17-0290RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970